Lack of jurisdiction or irregularity in the proceedings is not asserted in this appeal nor does such appear in our examination of the record. The court did not abuse its power and no constitutional rights were violated.

Order affirmed. Each party to pay own costs.

---

CONCURRING OPINION BY MR. JUSTICE MUSMANNO:

I concur in the result announced by the majority of the Court. However, I desire to make this observation. Since elections go to the very heart of our system of democracy, I would not limit the scope of review of this Court in election contests, no matter what might be the nature of the controversy involved.

## Nanticoke Election Contest Case.

Argued October 3, 1961. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN and ALPERN, JJ.

*Robert J. Gillespie*, with him *Wilfrid L. Jones*, for appellant.

*Henry Thalenfeld*, with him *Neville B. Shea*, for appellee.

OPINION PER CURIAM, October 10, 1961:

The order of the lower court is affirmed. Costs to be paid by the appellant.